IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO SERNA,

    Plaintiff,

v.                                                          No. 19-cv-214 MV-GBW

DR. LAURSEN,
FNU MARTINEZ, *Medical Director*,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Wormuth's Proposed Findings and Recommended Disposition (PFRD). *Doc. 38*. On September 21, 2020, Plaintiff filed an amended complaint alleging violations of his constitutional rights. *Doc. 19*. Defendants filed a *Martinez* Report and Motion for Summary Judgment on December 21, 2020. *Doc. 28*.

The Magistrate Judge filed his PFRD on May 20, 2021, recommending that Defendants' Motion for Summary Judgment be granted due to Plaintiff's failure to exhaust administrative remedies. *Doc. 38*. No objections to the PFRD have been filed and, upon *de novo* review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's PFRD (*doc. 38*) is ADOPTED. Defendant's Motion for Summary Judgment (*doc. 28*) is GRANTED and Plaintiff's Complaint is DISMISSED without prejudice.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE